UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:19-cr-56-T-17AEP

RONALD GEDDIS

## **PRELIMINARY ORDER OF FORFEITURE**

The defendant pleaded guilty to, and was adjudged guilty of, the offenses charged in counts one through three of the indictment — violations of 18 U.S.C. §§ 2251(a) and 2252(a)(4)(B).

The United States moves (Doc. ), under 18 U.S.C. § 2253 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a preliminary order forfeiting the defendant's interest in the following assets:

1. An iPhone 4S, serial number DNPGTJH9DT9U;

2. A Toshiba hard drive, serial number 52K3T2PETTS8; and

3. A Seagate Backup Plus for MAC Portable Drive, serial number NA7XEAQM.

The United States has established the requisite connection between the assets and the offenses charged in counts one through three of the indictment. Because the United States is entitled to possession of the assets, the motion is GRANTED. The defendant's interest in the assets is condemned and forfeited

CASE NO. 8:19-CR-56-T-17AEP

to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the assets.

ORDERED in Tampa, Florida, on October 22nd, 2019

_____
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

**ELIZABETH A. KOVACHEVICH**
**UNITED STATES DISTRICT JUDGE**

Copies to:
All Parties/Counsel of Record

2